Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**
**River Edge, NJ 07661**

**233 Broadway, Suite 2370**
**New York, NY 10279**
(Preferred mailing address)

November 10, 2022

Application GRANTED
SO ORDERED
/s/ [Judge signature]
USDJ
11-17-22

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, NY 10007

Re: United States v. Eric Fernandez Colon
    19 Cr 536 (PKC)

Dear Judge Castel:

I was appointed pursuant to the Criminal Justice Act as counsel for Eric Fernandez Colon at his presentment. Retained counsel, Lauriano Guzman, Jr., filed a notice of appearance (Doc. 347) on November 2, 2022, for Mr. Fernandez Colon. I respectfully request that I be relieved as counsel for Mr. Fernandez Colon and removed from the distribution list of electronic docket notifications in this matter.

Sincerely,

/s/ Donald Yannella

Donald J. Yannella, Esq.

c. Mr. Eric Fernandez Colon