UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                              S14 19 CR 536 (PKC)
                                                                              12 CR 844-09 (PKC)

              -against-                                              ORDER

ERIC FERNANDO COLON,

                                   Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Sentencing originally scheduled for April 4, 2024 is adjourned to April 10, 2024 at 11 a.m. in Courtroom 11D.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 21, 2024