UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC MANUEL FERNANDEZ COLON, | |
| Movant, | 26-CV-3218 (PKC) |
| -against- | 19-CR-536-11 (PKC) |
| UNITED STATES OF AMERICA, | ORDER TO ANSWER, 28 U.S.C. § 2255 |
| Respondent. | |

P. KEVIN CASTEL, United States District Judge:

By order dated April 17, 2026, the Court construed Defendant Eric Manual Fernandez Colon's ("Fernandez Colon") motion for modification of sentence and judgment as a motion seeking relief under 28 U.S.C. § 2255 and directed the Clerk of Court to open this new civil action under 28 U.S.C. § 2255. The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS the following:

If Fernandez Colon does not want to pursue relief under Section 2255, he may notify the Court in writing within 30 days that he wishes to withdraw the application.[1] *See Castro v. United States*, 540 U.S. 375, 383 (2003); *Adams v. United States*, 155 F.3d 582, 584 (2d Cir. 1998) (per curiam). If Fernandez Colon does not inform the Court of his intent within 30 days, the application will remain designated as a motion under 28 U.S.C. § 2255.

If Fernandez Colon does not notify the Court of his intent to withdraw this application, within 60 days, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Fernandez Colon shall have 30 days from the date on which Movant is served with

---

[1] Fernandez Colon will have one opportunity within the limitations period for a full adjudication of his claims.

Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

SO ORDERED.

Dated:    April 21, 2026
          New York, New York

P. KEVIN CASTEL
United States District Judge